

# Fourth Court of Appeals
## San Antonio, Texas

August 27, 2019

No. 04-19-00498-CV

**IN THE INTEREST OF C.L.G., A CHILD,**

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-EM5-03031
Honorable Angelica Jimenez, Judge Presiding

## O R D E R

The clerk's record in this appeal was originally due on August 19, 2019. On August 20, 2019, the trial court clerk filed a notice of late record stating that the clerk's record was not filed because appellant had failed to pay or make arrangements to pay the clerk's fee for preparing the record and that appellant was not entitled to appeal without paying the fee.

It is therefore ORDERED that appellant provide written proof to this court within ten (10) days of the date of this order that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of August, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court